

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00095-CV

**MEAT SUPPLY, LLC,**
Appellant

v.

**510 GOOD LATIMER, LLC,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11151
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant's reply brief was originally due September 7, 2021. We granted appellant's first motion for extension of time, extending the deadline for filing the reply brief to October 7, 2021. On October 6, 2021, appellant filed a motion requesting an additional extension of time until November 5, 2021, and we granted appellant's motion.

On November 5, 2021, appellant filed a motion requesting an additional extension of time until November 15, 2021, for a total extension of sixty-nine days. After consideration, we **GRANT** the motion and **ORDER** appellant to file its brief **by November 15, 2021**. **Counsel is advised that further requests for extensions of time will be disfavored.**

It is so **ORDERED** on this 16th day of November, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court